# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIENNE M. SONG; AND JAMES S. SONG,

                Appellants,

vs.

WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST, SERIES MLCC 2003-A; PHH MORTGAGE CORPORATION; AND MTC FINANCIAL, INC., D/B/A TRUSTEE CORPS,

                Respondents.

No. 76058

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order entered in a foreclosure mediation matter. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Respondents have filed an unopposed motion to dismiss this appeal based on appellants' failure to file the docketing statement and opening brief. On June 22, 2018, the clerk of this court issued a notice directing appellants to file and serve the docketing statement by July 12, 2018, and the opening brief or informal brief by October 22, 2018. The notice cautioned that failure to file a brief or informal brief could result in the dismissal of this appeal. *See* NRAP 31(d). To date, appellants have

18-907622

failed to comply or otherwise communicate with this court. Accordingly, we grant the motion, *see id.*, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
       Adrienne M. Song
       James S. Song
       Ballard Spahr LLP/Las Vegas
       Malcolm Cisneros/Las Vegas
       Eighth District Court Clerk